No. 99–1811.  CAFE EROTICA, INC. *v.* PEACH COUNTY ET AL. Sup. Ct. Ga.   Certiorari denied.

No. 99–1813.  KOKKONEN *v.* HAGMAIER ET AL.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 99–1814.  COMMITTEE FOR ENVIRONMENTALLY SOUND DEVELOPMENT, INC., ET AL. *v.* CITY OF NEW YORK ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 99–1819.  NICKERSON ET AL. *v.* TEXAS ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 99–1820.  FRYE *v.* SLATER, SECRETARY OF TRANSPORTATION, ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 99–1821.  BURNS, ON BEHALF OF HIMSELF AND THE BARNETT EMPLOYEE SAVINGS & THRIFT PLAN *v.* RICE ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 99–1826.  OYE *v.* RAILROAD RETIREMENT BOARD.   C. A. 8th Cir.   Certiorari denied.

No. 99–1827.  STARKMAN *v.* EVANS ET AL.   C. A. 5th Cir. Certiorari denied.

No. 99–1834.  KENCO RESTAURANTS, INC., ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE.   C. A. 6th Cir.   Certiorari denied.

No. 99–1836.  PEREZ *v.* AETNA LIFE INSURANCE CO.   C. A. 6th Cir.   Certiorari denied.

No. 99–1838.  KNIGHTS OF THE KU KLUX KLAN ET AL. *v.* CURATORS OF THE UNIVERSITY OF MISSOURI ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 99–1840.  LEVINE *v.* REGENTS OF THE UNIVERSITY OF CALIFORNIA ET AL.   Ct. App. Cal., 1st App. Dist.   Certiorari denied.

No. 99–1841.  SEPUYA ET AL. *v.* COMMUNITY HEALTH SYSTEMS OF SAN BERNARDINO ET AL.   C. A. 9th Cir.   Certiorari denied.